

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00421-CV

DAVID FRANCIS CORRAL                                          APPELLANT

V.

A. DAVID COURTADE                                            APPELLEE

----------

## FROM THE 322ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant David Francis Corral appeals the trial court's order on intervention for attorney's fees. Appellee A. David Courtade filed an "Appellee's Notice of Settlement and Motion to Dismiss for Mootness," moving to dismiss this appeal "for mootness since the parties have now fully settled and resolved all outstanding issues between themselves which were involved in this Appeal." Courtade attached a copy of the settlement agreement to his motion. More than

---

[1]*See* Tex. R. App. P. 47.4.

ten days have elapsed since Courtade filed the motion to dismiss, and Corral has not advised the court that he opposes the dismissal. Accordingly, we grant Courtade's motion and dismiss this appeal. *See* Tex. R. App. P. 43.2(f); *Huetten v. San Diego Nat'l Bank*, No. 02-09-00053-CV, 2009 WL 2138933, at *1 (Tex. App.—Fort Worth July 16, 2009, no pet.) (mem. op.) (dismissing appeal as moot on appellee's motion); *Trinh v. Bucher*, No. 14-07-00416-CV, 2008 WL 2841676, at *1 (Tex. App.—Houston [14th Dist.] July 24, 2008, no pet.) (mem. op.) (dismissing appeal on appellee's motion after parties settled); *Yin v. Sullins, Johnston, Rohrbach & Magers, P.C.*, No. 01-02-00425-CV, 2003 WL 22451385, at *1 (Tex. App.—Houston [1st Dist.] Sept. 11, 2003, no pet.) (mem. op.) (same).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, JJ.

DELIVERED: September 29, 2011

2